UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                          CASE NO: 11-15359-EPK

CHAPTER 13

YENS VALDERRAMA & ANGELICA ALVAREZ,

Debtors.
_____

### AMENDED CREDITOR'S NOTICE OF CHANGE OF ADDRESS

COMES NOW, the Debtors, YENS VALDERRAMA & ANGELICA ALVAREZ, by and through his undersigned attorney and states the following change of address is true and correct:

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| TD BANK | TD BANK |
| P.O. BOX 370 | TWO PORTLAND SQUARE |
| FT. PIERCE, FL 34954-0370 | PORTLAND, ME 04112 |

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronically and or by U.S. Mail to: Office of the U.S. Trustee, U.S. Bankruptcy Court, 51 S.W. 1st Avenue, Room 1204, Miami, Florida 33130 and Robin Weiner, Trustee, P.O. Box 2258, Memphis, TN 38101-2258; on this 12th day of April, 2016.

OZMENT LAW PA

Attorney for Debtor

2001 Palm Beach Lakes Blvd., Ste410

West Palm Beach, FL 33409

Telephone: 561-689-6789

By:   /s/ Drake Ozment, Esquire
      DRAKE OZMENT, Esq.
      FBN:   844519